# NAPOLI BERN RIPKA
Attorneys·At·Law

TATE J. KUNKLE
*Associate – New York Office*
TKUNKLE@NAPOLIBERN.COM

January 7, 2010

**VIA ECF**

The Honorable Robert M. Levy
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    *Spiroff v. ExxonMobil, et al.*
                USDC-EDNY Docket No.: CV-06-2865 (KAM/RML)

Dear Judge Levy:

    Plaintiffs write to request a teleconference next Friday, January 15, 2010 at 3:00 p.m. to resolve certain discovery issues that are being raised by Defendants.

    Thank you for your assistance in this matter.

                                        Respectfully submitted,

                                        Tate J. Kunkle

cc:    John Tully, Esq. (*via ECF*)
        Jonathan Cooperman (*via ECF*)
        Michael Hall, Esq. (*via ECF*)